| | |
|---|---|
| 1 | ALAN R. BRAYTON, ESQ., S.B. #73685 |
| 2 | RICHARD M. GRANT, ESQ., S.B. #55677<br>BRAYTON✧PURCELL LLP |
| 3 | ATTORNEYS AT LAW<br>222 Rush Landing Road |
| 4 | P.O. Box 6169<br>Novato, California  94948-6169 |
| 5 | (415) 898-1555 |
| 6 | Attorneys for Plaintiff |

8  **IN THE UNITED STATES DISTRICT COURT**

9  **IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 11 | GEORGE McMILLIAN, | ) No. C09-01118 |
| 12 | Plaintiff, | ) STIPULATION TO DISMISS<br>) DEFENDANT CROWN CORK & SEAL |
| 13 | vs. | ) AND REMAND CASE TO SAN<br>) FRANCISCO SUPERIOR COURT |
| 14 | ASBESTOS DEFENDANTS (BP), et al., | ) |
| 15 | Defendants. | ) |

17  Come now Plaintiff GEORGE McMILLIAN ("Plaintiff") and Defendant CROWN

18  CORK AND SEAL COMPANY INC. ("CC&S"), who file the following stipulation pursuant

19  to Local Rules 7-1 and 7-12:

20  WHEREAS, defendant CC&S removed this case to the United State District Court for

21  the Northern District of California on March 13, 2009, on the ground that the court has "federal

22  officer" subject matter jurisdiction under 28 United States Code § 1442(a) based on Plaintiff'

23  allegations that his injury was caused by products designed and manufactured by CC&S under

24  the supervision and control of the United States government;

25  WHEREAS, Defendant CC&S was the sole removing defendant and no other defendant

26  joined in removal or filed a separate notice of removal;

27  WHEREAS, Plaintiff and Defendant CC&S, the affected parties, have now reached a

28  resolution of Plaintiff' claims against CC&S;

WHEREAS, Defendant CC&S's desire for a federal forum for this action is now moot and given the resolution of Plaintiff' claims against it; and

WHEREAS, pursuant to the parties' resolution, Plaintiff and Defendant CC&S seek to have this action remanded to state court, IT IS HEREBY STIPULATED by the affected parties, Plaintiff and Defendant CC&S, that all claims against Defendant CC&S shall be, and hereby are, dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and that this action shall be, and hereby is, immediately remanded to the San Francisco County Superior Court, the court in which it was originally filed and from which it was removed.

Dated: March _____, 2009            BRAYTON ❖ PURCELL LLP


By: _____
    Richard M. Grant
    Attorneys for Plaintiffs


Dated: March _____, 2009            ARMSTRONG & ASSOCIATES, LLP


By: _____
    Paige Kremser Stenrud
    Attorneys for Defendant CROWN CORK & SEAL

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Case is REMANDED to the Superior Court of California, County of San Francisco, Case No 274532. The Clerk shall send a certified copy of this Order to the Clerk of the Court for the Superior Court of California, County of San Francisco.

Dated: 4/1/09            By: _/s/ Saundra B Armstrong_____
    UNITED STATES DISTRICT COURT